DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNNY WILLIAMS, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1640

[August 31, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 79001825 CF10A.

Johnny Williams, Jr., Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***